UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO GAYOSSO HERRERA,<br><br>                              Petitioner,<br><br>        v.<br><br>TODD M. LYONS, *et al.*,<br><br>                              Respondents. | Case No. 5:26-cv-00971 -FLA (AJR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 8]** |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (the "R&R").  The R&R recommends Petitioner be released from custody unless Respondents provide a bond hearing under 8 U.S.C. § 1226(a), within seven days, and requested Respondents file a notice if they did not intend to file objections.  Dkt. 8 at 7–8.  The R&R advised that, in the event Respondents did not intend to file objections, the Magistrate Judge would forward the R&R for review on the seventh day, instead of waiting the full fourteen days, which would unnecessarily delay Petitioner's receipt of a bond hearing.  *Id.*

On March 20, 2026, Respondents filed a Notice of No Objections. Dkt. 10. The Notice advises that Respondents have no objection to this court issuing "an Order: (1) accepting and adopting the Report and Recommendation; (2) granting the Petition; (3) directing Respondents to immediately release Petitioner unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a); and (4) directing Respondents to file a notice of compliance advising how they complied with the District Court's Order within one day." *Id.* at 2. Accordingly, the court ACCEPTS and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition is GRANTED; (2) Respondents shall release Petitioner from custody immediately, unless Respondents provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), within seven (7) days of the date of this Order; and (3) Respondents shall file a notice of compliance regarding their compliance with this Order within one (1) day of the bond hearing.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 27, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2