JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANSELMO GAYOSSO HERRERA,

               Petitioner,

     v.

TODD M. LYONS, *et al.*,

               Respondents.

Case No. 5:26-cv-00971 -FLA (AJR)

**JUDGMENT**

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is hereby ADJUDGED that the Petition is GRANTED.

IT IS SO ORDERED.

Dated: March 27, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge